# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161299(10)

MARIO MONTANO,
      Plaintiff,

v                                 SC: 161299

COURT OF APPEALS,
      Defendant.

_____/

On order of the Court, the motion for reconsideration of this Court's August 13, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2020



a0921

Clerk